IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. V-17-29-1 |
| | § | |
| LETICIA GALLARZO | § | |

**DEFENDANT'S REQUEST FOR PERMISSION TO ASSOCIATE WITH A FELON TO WHOM SHE IS ENGAGED TO BE MARRIED.**

The defendant through the court-appointed attorney, the Federal Public Defender, files the following DEFENDANT'S REQUEST FOR PERMISSION TO ASSOCIATE WITH A FELON TO WHOM SHE IS ENGAGED TO BE MARRIED.

**I.**

Gallarzo very recently departed from a halfway house in Grand Rapids, Michigan whereupon she began her term of supervised release. Upon information and belief, and happily, Ms. Gallarzo has found a gentleman who has offered to take her in, together with her children. The two have gotten so emotionally close that they have actually become engaged to be married. It finally seems like Ms. Gallarzo has found a person she can rely on and to whom she can call her own. One hiccup: He's a convicted federal felon. He is serving the remaining months of his supervised release. His conviction was for some sort of drug felony. His name is Nicholas Perri, Reg. No. 17667-040.

Ordinarily, one of the conditions of supervised release is that Gallarzo not associate with felons. This motion seeks permission of the Court to allow for this otherwise impermissible contact to occur, given what appears to be an amorous connection.

## II.

## POSITION OF THE UNITED STATES ATTORNEY

Asst. United States Attorney Robert Thorpe was consulted about this motion and he will take the position that the US Probation Office takes.

## III.

## POSITION OF THE PROBATION DEPARTMENT

US Probation Officer Jesus Lopez did not make his position well known, suggesting that counsel file this motion with the Court.

## CONCLUSION

THEREFORE, Ms. Gallarzo respectfully requests that the Court grant this motion.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By: /s/ Francisco Morales
FRANCISCO MORALES
Assistant Federal Public Defender
Texas State Bar No. 24007701
Southern District of Texas No. 1017156
606 North Carancahua, Suite 401
Corpus Christi, Texas 78401
Phone: (361) 888-3532
Fax:    (361) 888-3534

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, a copy of the foregoing instrument was delivered to:

(1) Robert Thorpe, Assistant United States Attorney, via electronic mail and CM ECF.
(2) Jesus Lopez, United States Probation Officer, via electronic mail and CM ECF.

<u>/s/ Frank Morales</u>
FRANK MORALES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CR. NO. V-17-29-1** |
| | § | |
| **LETICIA GALLARZO** | § | |

## ORDER

Before the Court is Letiticia Gallarzo's motion to permit her to have contact with Nicholas Perri, a convicted felon. The Court is of the opinion that the motion is proper and is granted. Gallarzo is allowed to associate with Nicholas Perri and no other felons.

Ordered on this the _____ day of _____, 2018.

_____
HON. JOHN D. RAINEY
Senior United States District Judge